UNITED STATES DISTRICT COURT DISTRICT OF
MASSACHUSETTS

Docket Number: 04-10482-MEL

Gregory C. Milton
    Plaintiff, Pro'Se

V.

OFFICER Windell Jonsiey
OFFICER Sergeant Garcia
OFFICER Harry F. Scales
OFFICER Badge Number # 1762
The Boston Police Department et. al.
and the City of Boston,
    Defendants

MOTION FOR APPOINTMENT OF COUNSEL

This is a motion for the appointment of counsel to represent the plaintiff in his complaint. The Plaintiff has no income at this time. He is committed to the Metro Boston Inpatient Units of the Lemuel Shattuck Hospital under Massachusetts General Laws Chapter 123 section 7&8. He is on a locked unit and is therefore unable to gain employment. The Plaintiff is unable to retain an attorney to represent him. He has contacted several attorneys seeking representation including:

James Dilday
27 School Street
Boston, Ma
617-227-3470

Harvard Prison Legal Assistance Project
Harvard Law School
Austin Hall 204
Cambridge, MA 02138

Law Offices of Howard Friedman, PC
90 Canal Street, 5th Floor
Boston, MA 02114-2022

Given the complicated legal issues in the Plaintiff's case regarding the statute of limitations he feels he needs an attorney to assist him.
    WHEREFORE, the plaintiff requests this court:
    Appoint an attorney to represent him in this case.

*Gregory Milton*
THE PLAINTIFF

Gregory C. Milton
Lemuel Shattuck Hospital
170 Morton Street
Jamaica Plain, MA 02130
Phone: (617) 524-9499