UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY C. MILTON                ,
                              Plaintiff,

        v.                                          Civil Action No.  04-10482-MEL

WINDELL JONSIEY, et al.              ,
                              Defendants.

ORDER ON APPLICATIONS TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court are plaintiff's applications to proceed without prepayment of fees
and affidavit under 28 U.S.C. § 1915:

The first application to proceed without prepayment of fees (Docket No. 5)  is:

        ☒        GRANTED; and

The second application to proceed without prepayment of fees (Docket No. 6) is:
        ☒        DENIED for the following reason(s): application incomplete.


☒        The Clerk shall return the complaint to the undersigned for screening on the merits
         pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the
         completion of screening on the merits.

G        The Clerk shall issue summonses and the United States Marshal shall serve a copy
         of the summons, complaint, and this order upon defendant(s) as directed by plaintiff
         with all costs of service to be advanced by the United States.

SO ORDERED.


 5/24/04                                     /s/ Morris E. Lasker
DATE                                         MORRIS E. LASKER
                                             UNITED STATES DISTRICT JUDGE