UNITED STATES DISTRICT COURT OF
MASSACHUSETTS

2004 JUN -8 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS
Docket Number 04-10482-MEL

Gregory C. Milton
    Plaintiff, Pro'Se

V.

OFFICER Windell Jonsiey
OFFICER Sergeant Garcia
OFFICER Harry F. Scales
OFFICER Badge Number # 1762
The Boston Police Department et. al.
and the City of Boston,
                Defendants

## MOTION FOR APPOINTMENTS OF COUNSEL

This is a motion for the appointment of counsel to represent the plaintiff in his complaint.
.The Plaintiff has no income at this time. He is commited to the Metro Boston Inpatient Units of the Lemuel Shattuck
Hospital Under Massachusetts General Law Chapter 123 Section 7&8. He is on a locked unit and is therefore unable
to gain employment. The plaintiff is unable to retain an attorney to represent him.
He has contacted several attorneys seeking representation including:

James Dilday
27 School Street
Boston Ma, Tel:617-227-3470

Harvard Prison Legal Assistance Project
Harvard Law School
Austin, Hall 204
Cambridge MA, 02138

Law Offices of Howard Friedman, PC
90 Canal Street, 5th Floor
Boston MA, 02114-2022
Tel: 617-742-4100
Telecopier: 617-742-5858

American Civil Liberties Union

Massachusetts Correctional Legal Services, Inc.
8 Winter Street, 11th Floor
Boston MA, 02108
Tel: 617-482-2773

Boston Bar Association
16 Beacon Street
Boston MA, 02108
Tel:617-742-0615

National Lawyers Guild
14 Beacon Street
Boston MA
Tel:617-227-7008

The Law Offices of Donald E.Green, P.C.

99 Chancy street, Suite 310
Boston MA, 02111
Tel: 617-482-3170

Andrew Good
83 Alantic Avenue
Boston MA, 02110
Tel: 617-523-5933
Fax:617-523-7554

2235 Washington Street
Roxbury MA, 02119
Tel: 617-442-0050

Hrones & Garrity
232 Lewis wharf
Boston MA

Griffin & Goulka
Attorney At Law
92 Montvale Avenue
Suite 2700
Stoneham MA, 02180
Tel:781-279-3067
Fax: 781-279-9870

Given the complicated legal issues in the plantiff case regarding the statute of limitations he feels he needs a attorney to assist him.
WHEREFORE, the plaintiff request this court: Appoint an attorney to represent him in this case

*Gregory C. Milton* (signature)
THE PLAINTIFF

Gregory C. Milton
Lemuel Shattick Hospital
170 Morton Street
Jamaica Plain MA, 02130
Phone: 617-524-9499