UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Gregory C. Milton
    Plaintiff, PRO'Se

v.

OFFICER Windell Jones et.al.
    Defendants

Docket No.

8/12/04 10:08:07 AM

## MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15 (a) Plaintiff seeks to file an Amended Complaint and is requesting leave from this honorable to do so.

_____
Gregory C. Milton
Pro'Se Plaintiff

Gregory C. Milton
Lemuel Shattuck Hospital
170 Morton Street
9th Floor North
Jamaica Plain, Ma 02130
Phone: 617- 971-3284