U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Gregory C. Milton FILED IN CLERKS OFFICE | COURT CASE NUMBER C.A. 04-10482-MEL |
| DEFENDANT Boston Police Department et al, 2004 SEP 24 A 5:53 | TYPE OF PROCESS Service |

**SERVE** ➡ 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boston Police Dept DISTRICT COURT Boston Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) DISTRICT OF MASS.

**AT** 81 Schroeder Plaza Boston MA 02120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gregory C. Milton
Lemuel Shattuck Hospital
170 Morton Street IN
Jamaica Plain MA 02130

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 defendant |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

Boston Police HQ 617-343-4200

Attn: Internal affairs 617-343-4520

Signature of Attorney or other Originator requesting service on behalf of:
Gregory C. Milton

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER 617-524-9499

DATE 8/26/

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Dolauer | 8/31/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Margaret Burley, Atty | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/21/04 Time 9:55 am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: Accepting service on behalf of Boston P.D ONLY NOT INDIVIDUAL OFFICERS

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Gregory C. Milton
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  C.A. No. 04-10482-MEL

Windell Jonsiey, et al.,
Defendants.

TO: (Name and address of Defendant)

Boston Police Department

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory C. Milton

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Tony Anastas
_____          _____ August 24, 2004 _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK