UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10482 MEL

GREGORY C. MILTON, PRO SE,
Plaintiff

v.

CITY OF BOSTON, HARRY F. SCALES; OFFICER SERGEANT GARCIA; WENDELL JONES,
Defendants

## MOTION OF THE DEFENDANTS, CITY OF BOSTON, HARRY F. SCALES, SERGEANT GARCIA, WENDALL JONES' MOTION TO DISMISS

NOW COMES the Defendant, John Ford, and moves pursuant to Fed. R. Civ. P. 12(b)(6) that this Honorable Court dismiss the Plaintiff's Complaint. As grounds therefore, Defendants state that the claims against them are barred by the applicable statutes of limitations.

In support of his Motion, Defendants submit the attached Memorandum of Law.

**WHEREFORE**, the Defendants, City of Boston, Harry F. Scales, Sergeant Garcia, and Wendall Jones respectfully request that their motion to dismiss be allowed and that the Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, HARRY SCALES, "OFFICER SERGEANT GARCIA" & WENDELL JONES

Merita A. Hopkins
Corporation Counsel

By their attorney:

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true Copy of the above document was served Upon the attorney of record for each Party by mail at 170 Morton Street, Jamaica Plain, MA  02130.

| 10/5/04 | /s/ Margaret H. Sanel |
|---|---|
| Date | Margaret H. Sanel |

/s/Margaret H. Sanel
Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4936
BBO#  648701