UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10482 MEL

| | |
|---|---|
| GREGORY C. MILTON, <u>PRO SE</u>,<br>Plaintiff<br><br>v.<br><br>CITY OF BOSTON, HARRY F. SCALES; OFFICER SERGEANT GARCIA; WENDELL JONES,<br>Defendants | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I was unable to contact the Plaintiff who is currently a residing at the Lemuel Shattuck Hospital regarding *Defendants' Motion to Dismiss* and we were therefore unable to resolve or narrow the issue prior to filing the above motion.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, HARRY SCALES, "OFFICER SERGEANT GARCIA" & WENDELL JONES

Merita A. Hopkins
Corporation Counsel

By their attorney:

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true Copy of the above document was served Upon the attorney of record for each Party by mail at 170 Morton Street, Jamaica Plain, MA  02130.

| 10/5/04 | /s/ Margaret H. Sanel |
|---|---|
| Date | Margaret H. Sanel |

/s/Margaret H. Sanel
Margaret H. Sanel
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4936
BBO#  648701