### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**10/20/2004 1:17:07 PM**

**TO:** Mr. George Howarth
Pro'Se Clerk
United States District Court
1 Courthouse Way, Suite 2300
Office Of The Clerk
Boston, Ma 02210

**From:** Mr. Gregory C. Milton
Lemuel Shattuck Hospital
9th Floor North
Jamaica Plain, Ma 02130
Phone: 617-522-0070-ext 117
Or 617-971-3284

Re: ( CV-04-10482-MEL  Gregory C. Milton
v. Windell Jonesiy et. al. )

Dear Mr. Howarth,

    I Gregory C. Milton am requesting that you send by mail to me the original summons in the above captioned case including the six copies of the complaint. So that I may make service of process upon the Defendants. On 9/21/04 the U.S. Marshals Attempted to make service of process but failed because of inadequate mailing address. I wish to attempt to try again to make service of process. But this time with the correct Information. Please forward the necessary documents to me A.S.A.P.

Sincerely
Gregory C. Milton

*Gregory C. Milton*