UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gregory C. Milton
      Pro'Se                      C.A. 1:04-cv-10482-MEL

v.

Windell Jonsiey et. al.

### Section 36.03 APPLICATION FOR ORDER

Pursuant to mass. R. P. 35. Plaintiff ( Milton ) is seeking a Psychological and Physical Examination from this Honorable court to prove the extent of his physical and psychological injuries.

Dated: 10/30/2004 1:03:22 PM

                                          Gregory C. Milton
                                          West End Transitional Program
                                          3rd Floor
                                          25 Staniford Street
                                          Boston, MA 02114
                                          Phone: 617-626-8628