UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gregory C. Milton
        Pro'Se                         C.A. 1:04-cv-10482-MEL

v.

Windell Jonsiey et. al.

**Section 36.09 AFFIDAVIT IN SUPPORT OF MOTION FOR EXAMINATION.**

Gregory C. Milton, being duly sworn, deposes and says that he is the plaintiff in the above- entitled action; that this action is an action for ['' Money damages and violations of the 6th, 4th, and 14th Amendments'' ] and is in controversy in this action; and that this court should order Gregory C. Milton to submit to a physical and psychological examination. For the reason that Gregory C. Milton has Physical and Psychological damages.

Dated:10/30/2004 1:03:22 PM

                                                     Gregory C. Milton  Pro'Se
                                                     West End Transitional Program
                                                     3rd Floor
                                                     25 Staniford Street
                                                     Boston, MA 02114
                                                      Phone: 617-626-8628