UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gregory C. Milton
    Pro'Se       C.A. 1:04-cv-10482-MEL
v.

Windell Jonsiey et. al.

### Section 36.08 NOTICE OF ABOVE MOTION ATTACHED TO MOTION.

To: Margaret H. Sanel
 Assistant Corporation Counsel
 City of Boston Law Department
 Room 615, City Hall
 Boston, Ma 02201
 ( 617 )- 635-4936
 BBO# 648701

Please take notice that the undersigned will bring the above Motion on for hearing before this Honorable court at U.S. District Court, U.S. Courthouse, 1 Courthouse way Boston, MA. 02210 on 11/ 30 / 2004 at 10:00 am or as soon after that time as counsel can be heard.

Dated:10/30/2004 1:03:22 PM

            _Gregory C. Milton_ Pro 'Se
            Gregory C. Milton
            West End Transitional Program
            3rd Floor
            25 Staniford Street
            Boston, MA 02114
            Phone: 617-626-8628