04cv 10482 MEL

## Affidavit of Gregory C. Milton

I, Gregory C. Milton, having been duly sworn upon oath and under penalty of perjury, depose and state the following as true and accurate

1. I suffer pain from gun shot wounds to my right arm and lower left back
2. I have psychiatric and psychological problems
3. I suffer from emotional trauma
4. I have P.T.S.D. (Post. Traumatic Stress Disorder).

I declare the foregoing is true and correct.

Further your affiant saith not.

Executed on this 10/30/2004 1:58:12 PM, in Boston Massachusetts.

*Gregory C. Milton*
Pro-SE