# CERTIFICATE OF SERVICE

04cv10482MEL

I, **Gregory C. Milton**, hereby certify that on, **Saturday, October 30,**

**2004,** I served a copy of **APPLICATION FOR ORDER** on the following parties by way of **U.S. MAIL:**

| | |
|---|---|
| Margaret H. Sanel<br>Assistant Corporation Counsel<br>CITY OF BOSTON LAW DEPARTMENT<br>City Hall, Room 615<br>Boston, MA 02201<br>Phone: ( 617 ) 635-4936 | Det. Windell Josey<br>District B3<br>Boston Police Department<br>1165 Blue Hill Ave.<br>Mattapan, Ma 02126 |
| Officer Harry F. Scales<br>Youth Violence Strike Force<br>Boston Police Department<br>364 Warren St.<br>Roxbury, Ma 02119 | Officer Paul Joyce<br>District E-18<br>Boston Police Department<br>1249 Hyde Park Ave.<br>Hyde Park, MA 02136 |

Sgt. Jose Garcia
c/o Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, Ma 02120


10/30/2004                         Gregory C. Milton
Date                               Signature
                                        Pro Se