UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gregory C. Milton
   Pro'Se         C.A. 1:04-cv-10482-MEL
v.

Windell Jonsiey et. al.

**Section 36.07 Motion for order to require party to submit to physical examination.**

Plaintiff moves this Honorable court, as authorized by Rule 35 and mass. R. P.35 of the Rules of civil procedure, for an order requiring plaintiff in the above-entitled action, to appear at the times and places convenient to him and to the examiner to be designated by the court and to submit to a ''Physical'' and ''Psychological'' examination by two different Doctors. [ Phd. Psychologist and certified MD. Physician or other professionals who are to conduct the examination ] To be designated by the court [ and in conjunction with the examination to permit X-ray photographs to be taken of the parts of the body of the plaintiff alleged to have been injured ], and that the plaintiff have such other, further and different relief as may be proper. In support of this motion, the affidavit of Gregory C. Milton is attached to and made a part of this motion.

Dated: 10/30/2004 1:03:22 PM

                      *Gregory C. Milton*
                      Gregory C. Milton   Pro'Se
                      West End Transitional Program
                      3rd Floor
                      25 Staniford Street
                      Boston, MA 02114