UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY C. MILTON
        Plaintiff(s)

v.    CIVIL ACTION NO. 04-10482-MEL

WINDELL JONES, etal
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

**LASKER.S.D.J.**

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED :**

        In accordance with the Order of November 8, 2004.
    The defendants motion to dismiss is Granted and the
    Complaint is dismissed.

        TONY ANASTAS,
        CLERK OF COURT

Dated: November 9, 1004        By /s/ George H. Howarth
        Deputy Clerk

(Judgment Civil.wpd - 11/98)        [jgm.]